# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1138

VERSUS

GABRIEL FRANCIS                                  **OCTOBER 19, 2021**

---

In Re:    Gabriel Francis, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-20-04554.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT